# Exhibit 2

Method Claim: 12

| US7552870 | Moo ("The accused instrumentality") |
|---|---|
| 12. A method of authorizing usage and trading of network resources comprising:<br><br>**Col 1: lines 6-10**<br><br>_Network Resource: any service or facility that can be made available and accepted for use or delivery by digital transmission over a network,_ even if actual fulfilment is carried out by some alternate means. May include Internet or other network access, data storage and data | The accused instrumentality practices a method of authorizing usage and trading of network resources (e.g., earning points through referral and redeeming those points for purchasing cards, promotional products, etc.).<br><br>As shown below, the accused instrumentality provides a loyalty program that allows members to earn and redeem points for purchasing cards, stickers, etc. Further, it offers a 'Refer a Friend' program that allows members to earn points by inviting friends to join the loyalty program. The member (referrer) earns 25 dollars in points for each purchase the referred friend completes. The earned bonus points can be redeemed by the member for purchasing other Moo products such as stationary, other promotional products such as ember, etc.<br><br><br>https://www.moo.com/us/refer |

| | |
|---|---|
| *processing, among others.*<br><br>**Col 7: lines 59-67, Col 8: line 1**<br><br>*The Use Earned Balance (307) field is used by the System to determine whether any Earned Balance held by the owner of this Network User Device should be used 'First', 'Last' or 'Never' in settling charges for Network Resource Usage by this Network User Device via an Access Gateway. <u>In the case of 'First', any earned balance is used ahead of any cash</u>* | **Shop Business Cards by paper**<br><br>Create the best Business Cards online in a few easy steps. From premium Business Cards to extra fancy, all printed on sustainably sourced paper.<br><br>   <br><br>**Original Business Cards**<br>50 cards from $22.00<br>• 16pt paper thickness<br>• Our "feel good" premium paper<br>• Available in matte or gloss finish<br>• Great quality and great value<br>• FSC® Certified<br>Shop Original Business Cards ›<br><br>**Super Business Cards**<br>50 cards from $31.00<br>• 18pt paper thickness<br>• Silky smooth, strong and durable<br>• Available in Soft Touch / High Gloss<br>• Add foils or Special Finishes<br>• FSC® Certified<br>Shop Super Business Cards ›<br><br>**Luxe Business Cards**<br>50 cards from $41.00<br>• 32pt paper thickness<br>• 4-Layer Mohawk Superfine® paper<br>• Eight eye-catching color seams<br>• Uncoated – write on either side!<br>• FSC® Certified<br>Shop Luxe Business Cards ›<br><br>**Cotton Business Cards**<br>50 cards from $31.00<br>• 17pt paper thickness<br>• Made from cotton linters<br>• Uncoated, naturally bright white<br>• Lightweight yet durable<br>• Sustainably sourced paper<br>Shop Cotton Business Cards ›<br><br>https://www.moo.com/us/business-cards |

| | | |
|---|---|---|
| *balance available for the Network User Device (i.e. it is trading Network Resources).*<br><br>**Col 8: lines 20-30**<br><br>*Each Account Record has its own Account UniqueID (401), which identifies it uniquely in the System. Each Account Record also has a single Owned by UniqueID (402), which identifies the UniqueID of the Account's owner. The Account Record may be owned by a registered Trading System User, a registered* | **Refer a Friend and get $25**<br><br>Know people that love great print and design, but don't need large orders or personalized account support? Choose this option.<br><br>[ Refer a friend ]<br><br>They'll get<br><br>✓ $25 off when they place their first order<br><br>https://www.moo.com/us/refer<br><br><br><br>https://www.moo.com/us/refer | **Refer a Business and get $250**<br><br>If you know a business with ongoing print needs, that could benefit from custom templates, or needs personalized account support, choose this option.<br><br>[ Refer a business ]<br><br>They'll get<br><br>✓ A $150 Prepaid VISA Card when they subscribe to a Business Account and place their first order<br><br>**It pays to pass us on**<br><br>Refer a friend to MOO and you'll both get rewarded - **$25 for you, $25 for them.**<br><br>It's too good not to share.<br><br>Enter your email to get your referral link<br><br>[ Enter your email (Required) ]  [ ENTER ]<br><br>☐ I accept the Terms and Conditions |

| | |
|---|---|
| *Network Resource Access Gateway or a registered Network Device. For a Trading System User, <u>the Account Record may store either an Earned Balance</u> or a Cash Balance. <u>An Earned Balance is one where credits are made for provision of Network Resources, due to the Trading System User being an Access</u> Gateway Operator.* | <br><br>https://www.moo.com/us/refer<br><br>## How to refer a friend<br><br>Once you create an account at moo.com, you'll be able to refer friends from Your Account page.<br><br>Send this on to a friend via email, Facebook, Twitter and if they buy from MOO for the first time using that URL, we'll give you a MOO gift card. Psst - that's credit you can spend on absolutely anything you like at MOO!<br><br>https://support.moo.com/hc/en-us/articles/205936830-How-to-refer-a-friend |

## 2.2 Becoming a Referrer

When you refer a friend, family member, or colleague, you become a Referrer. Subject to these Terms, you'll get a unique referral link (Personal Link) that allows you to receive either a discount code for Qualified Friend Referrals (Discount) or a stated value on a prepaid card for Qualified Business Referrals (Reward). Personal Links are only for individuals.

https://www.moo.com/us/about/referral-terms-conditions

# 3. REFER A FRIEND PROGRAM

## 3.1 Qualified Friend Referral

A Qualified Friend Referral must meet all the following conditions:

a. The referred individual must have completed a purchase of a Product(s) using your Personal Link. If they use any other link or method, it will not count as a Qualified Friend Referral;

b. The referred individual must not already be a registered MOO customer under any email address or alias; and

c. The referred individual must be a legal resident of the United States, United Kingdom, European Union, Canada, or Australia and must be at least 18 years of age.

Only one Qualified Friend Referral can be earned for each referred individual.

https://www.moo.com/us/about/referral-terms-conditions

## 3.2 Discounts

A Discount can only be awarded for Qualified Friend Referrals.

## 3.3 Issuing Discounts

The Referrer will receive a unique discount code by email for each verified Qualified Friend Referral after the Qualified Friend Referral places their first paid order. This code can be used for purchases of MOO's products on our website. All details will be provided in the confirmation email sent to the Referrer.

The Qualified Friend Referral shall be able to use the Discount immediately upon accessing the Personal Link from the Referrer.

https://www.moo.com/us/about/referral-terms-conditions

## 9. DEFINITIONS

In these Terms:

- **Discount** means a discount code for **Qualified Friend Referrals.**

- **Personal Link** means the unique referral link provided to a **Referrer.**

- **Product** means the MOO products available for purchase from time to time.

- **Referrer** means an individual who refers a friend, family member, or colleague to MOO.

https://www.moo.com/us/about/referral-terms-conditions

<table>
<tr><td></td><td>

**Redeeming a Gift Card**

- Gift Cards must be redeemed on https://www.moo.com
- Gift Cards cannot be redeemed towards MOO Business Services accounts.
- Gift Cards must be redeemed in the currency chosen by the buyer.
- There is no limit to the amount of Gift Cards that can be assigned to your account.
- A Gift Card code is only tied to a user account when activated either in Your Account or in cart.
- Gift Cards can be redeemed against any MOO product excluding Gift Cards. Gift Cards can also be redeemed against the cost of shipping and Rush Printing.

https://www.moo.com/us/about/gift-cards-terms-conditions?srsltid=AfmBOoqyULOjVrxlN_qNkMNqnKcuYrjvy7vqmGBjXoho_h2EKY3WWPlx

</td></tr>
<tr><td>

applying network usage credits to a user having an account for accumulating credits based upon usage by at least one third party of a first network resource operated by said user;

</td><td>

The accused instrumentality practices applying network usage credits (e.g., crediting bonus points to the member's account) to a user (e.g., a referrer i.e., an existing member of the loyalty program) of having an account (e.g., a member account) for accumulating credits (e.g., crediting bonus points to the member's account) based upon usage (e.g., purchasing cards, stickers, etc.) by at least one third party (e.g., a referred friend) of a first network resource (e.g., a card purchase) operated by said user (e.g., signing up via the referrer link).

As shown below, the accused instrumentality provides a loyalty program that allows members to earn and redeem points for purchasing cards, stickers, promotional products, etc. Further, it offers a 'Refer a Friend' program that allows members to earn bonus points by inviting friends to join the loyalty program. The referred friend needs to sign up via the invite link sent by the member to earn points. Thus, the member (e.g., a user) earns 25 dollars in points (e.g., network usage credits) for each purchase the referred friend (e.g., a third party) completes.

</td></tr>
</table>

| Col 14: lines 43-51 |  |
|---|---|
| *A central element of the invention is allowing credit balances earned through providing access to Network Resources via an Access Gateway to be traded for access to Network Resources when the same owner/operator uses one of their Network Devices to access Network Resources via a different owner/operator's Access Gateway. In this embodiment of the invention, which provides* | **Refer a Friend and get $25**     **Refer a Business and get $250**<br><br>Know people that love great print and design, but don't need large orders or personalized account support? Choose this option.    If you know a business with ongoing print needs, that could benefit from custom templates, or needs personalized account support, choose this option.<br><br>**Refer a friend**      Refer a business<br><br>They'll get       They'll get<br><br>✓ $25 off when they place their first order    ✓ A $150 Prepaid VISA Card when they subscribe to a Business Account and place their first order<br><br>https://www.moo.com/us/refer<br><br>**It pays to pass us on**<br><br>Refer a friend to MOO and you'll both get rewarded - **$25 for you, $25 for them**.<br>**a third party**    **accumulating credits based upon usage**<br>It's too good not to share.<br><br>Enter your email to get your referral link<br><br>Enter your email (Required)    **ENTER**<br><br>☐ I accept the Terms and Conditions<br><br>https://www.moo.com/us/refer |

| | |
|---|---|
| *broad flexibility for the Network Device User, each Network Device can be configured to use an Earned Balance i) First, ii) Last or iii) Never.* | <br><br>**How it Works**<br><br>Enter your email to generate your unique referral link, then share it via email, social media or directly with your friends.<br><br>a third party<br><br>Your friend will receive $25 off their first order when they use your link.<br><br>usage by atleast one third party of a network resource<br><br>Once your friend completes their first order, you'll receive your $25 off code via email after 2 business days.<br><br>applying network usage credits to a user<br><br>https://www.moo.com/us/refer<br><br>## How to refer a friend<br><br>Once you create an account at moo.com, you'll be able to refer friends from Your Account page.<br><br>Send this on to a friend via email, Facebook, Twitter and if they buy from MOO for the first time using that URL, we'll give you a MOO gift card. Psst - that's credit you can spend on absolutely anything you like at MOO!<br><br>https://support.moo.com/hc/en-us/articles/205936830-How-to-refer-a-friend |

## 3. REFER A FRIEND PROGRAM

### 3.1 Qualified Friend Referral

A Qualified Friend Referral must meet all the following conditions:

a. The referred individual must have completed a purchase of a Product(s) using your Personal Link. If they use any other link or method, it will not count as a Qualified Friend Referral;

b. The referred individual must not already be a registered MOO customer under any email address or alias; and

c. The referred individual must be a legal resident of the United States, United Kingdom, European Union, Canada, or Australia and must be at least 18 years of age.

Only one Qualified Friend Referral can be earned for each referred individual.

https://www.moo.com/us/about/referral-terms-conditions

### 3.2 Discounts

A Discount can only be awarded for Qualified Friend Referrals.

### 3.3 Issuing Discounts

The Referrer will receive a unique discount code by email for each verified Qualified Friend Referral after the Qualified Friend Referral places their first paid order. This code can be used for purchases of MOO's products on our website. All details will be provided in the confirmation email sent to the Referrer.

The Qualified Friend Referral shall be able to use the Discount immediately upon accessing the Personal Link from the Referrer.

https://www.moo.com/us/about/referral-terms-conditions

| | |
|---|---|
| | ## 9. DEFINITIONS<br><br>In these Terms:<br><br>• **Discount** means a discount code for **Qualified Friend Referrals.**<br><br>• **Personal Link** means the unique referral link provided to a **Referrer.**<br><br>• **Product** means the MOO products available for purchase from time to time.<br><br>• **Referrer** means an individual who refers a friend, family member, or colleague to MOO.<br><br>https://www.moo.com/us/about/referral-terms-conditions |
| substantially immediately processing a request by said user for usage of a second network resource operated by a fourth party and allowing access to said second network | The accused instrumentality practices substantially immediately processing a request (e.g., a request for purchasing cards, stickers, etc.) by said user (e.g., a referrer i.e., an existing member of the loyalty program) for usage (e.g., purchasing a Moo product such as cards, etc) of a second network resource (e.g., another product such as drinkware, etc.) operated by a fourth party (e.g., other product stores such as ember, etc.) and allowing access to said second network resource (e.g., another product such as drinkware, etc.) if said user (e.g., a referrer i.e., an existing member of the loyalty program) has at least a predetermined amount of said network usage credits (e.g., required points to purchase cards, stickers, etc.) wherein said first (e.g., a Moo product purchased by referred friend) and second resources (e.g., another Moo product where the member redeems their points, etc.) have a registered resource sharing arrangement (e.g., agreement between the parties) in a connected system (e.g., a system of |

| | |
|---|---|
| resource if said user has at least a predetermined amount of said network usage credits wherein said first and second resources have a registered resource sharing arrangement in a connected system.<br><br>**Col 17: lines 3-11**<br><br>*The Processing Element (11) must determine whether there is sufficient credit available in the Trading System User's Earned Balance to reserve for the remaining required period of Network Resource* | the accused instrumentality).<br><br>As shown below, the accused instrumentality provides a loyalty program that allows members to earn and redeem points for purchasing cards, stickers, etc. Further, it offers a 'Refer a Friend' program that allows members to earn bonus points by inviting friends to join the loyalty program. The member (e.g., a user) earns 25 dollars in points for each purchase the referred friend completes. The earned bonus points can be redeemed by the member for purchasing other Moo products such as stationary, other promotional products such as ember, etc. (e.g., a second network resource).<br><br>When the member requests to purchase products, the system checks their earned points balance to determine if the member is eligible for a purchasing the product. Also, it allows members (e.g., a user) to redeem points for purchasing other branded drinkware, etc. (e.g., a second network resource). Thus, the accused instrumentality shares an agreement wherein the points can be earned and redeemed for all participating Moo products. |

| | |
|---|---|
| *authorization. If the Balance (403C) is not greater than or equal to the Reserve-Credit (615) amount, then there is insufficient credit and the Requested-Authorization-Period (58) of the Request (40) cannot be satisfied, so a reduced Authorization Period must be calculated as follows:*<br><br>**Col 17: lines 20-23**<br><br>*Alternatively, <u>if there is sufficient credit available, then the Reserve-Credit (615)</u>* | **Shop Business Cards by paper**<br><br>Create the best Business Cards online in a few easy steps. From premium Business Cards to extra fancy, all printed on sustainably sourced paper.<br><br>   <br><br>**Original Business Cards**<br>50 cards from $22.00<br>• 16pt paper thickness<br>• Our "feel good" premium paper<br>• Available in matte or gloss finish<br>• Great quality and great value<br>• FSC® Certified<br>Shop Original Business Cards ›<br><br>**Super Business Cards**<br>50 cards from $31.00<br>• 18pt paper thickness<br>• Silky smooth, strong and durable<br>• Available in Soft Touch / High Gloss<br>• Add foils or Special Finishes<br>• FSC® Certified<br>Shop Super Business Cards ›<br><br>**Luxe Business Cards**<br>50 cards from $41.00<br>• 32pt paper thickness<br>• 4 -Layer Mohawk Superfine® paper<br>• Eight eye-catching color seams<br>• Uncoated – write on either side!<br>• FSC® Certified<br>Shop Luxe Business Cards ›<br><br>**Cotton Business Cards**<br>50 cards from $31.00<br>• 17pt paper thickness<br>• Made from cotton linters<br>• Uncoated, naturally bright white<br>• Lightweight yet durable<br>• Sustainably sourced paper<br>Shop Cotton Business Cards ›<br><br>https://www.moo.com/us/business-cards |

| | |
|---|---|
| *amount is deducted from the Trading System User's Earned Balance (403C) and added* to the Total Credit Reservations (405C) for the Account. | <br><br>https://www.moo.com/us/refer<br><br><br>https://www.moo.com/us/refer |



## How it Works

Enter your email to generate your unique referral link, then share it via email, social media or directly with your friends.

**a third party**

Your friend will receive $25 off their first order when they use your link.

**usage by atleast one third party of a network resource**

Once your friend completes their first order, you'll receive your $25 off code via email after 2 business days.

**applying network usage credits to a user**

https://www.moo.com/us/refer

## How to refer a friend

Once you create an account at moo.com, you'll be able to refer friends from Your Account page.

Send this on to a friend via email, Facebook, Twitter and if they buy from MOO for the first time using that URL, we'll give you a MOO gift card. Psst - that's credit you can spend on absolutely anything you like at MOO!

https://support.moo.com/hc/en-us/articles/205936830-How-to-refer-a-friend

## 3. REFER A FRIEND PROGRAM

### 3.1 Qualified Friend Referral

A Qualified Friend Referral must meet all the following conditions:

a. The referred individual must have completed a purchase of a Product(s) using your Personal Link. If they use any other link or method, it will not count as a Qualified Friend Referral;

b. The referred individual must not already be a registered MOO customer under any email address or alias; and

c. The referred individual must be a legal resident of the United States, United Kingdom, European Union, Canada, or Australia and must be at least 18 years of age.

Only one Qualified Friend Referral can be earned for each referred individual.

https://www.moo.com/us/about/referral-terms-conditions

### 3.2 Discounts

A Discount can only be awarded for Qualified Friend Referrals.

### 3.3 Issuing Discounts

The Referrer will receive a unique discount code by email for each verified Qualified Friend Referral after the Qualified Friend Referral places their first paid order. This code can be used for purchases of MOO's products on our website. All details will be provided in the confirmation email sent to the Referrer.

The Qualified Friend Referral shall be able to use the Discount immediately upon accessing the Personal Link from the Referrer.

https://www.moo.com/us/about/referral-terms-conditions

## 9. DEFINITIONS

In these Terms:

- Discount means a discount code for Qualified Friend Referrals.

- Personal Link means the unique referral link provided to a Referrer.

- Product means the MOO products available for purchase from time to time.

- Referrer means an individual who refers a friend, family member, or colleague to MOO.

https://www.moo.com/us/about/referral-terms-conditions

## 2.2 Becoming a Referrer

When you refer a friend, family member, or colleague, you become a Referrer. Subject to these Terms, you'll get a unique referral link (Personal Link) that allows you to receive either a discount code for Qualified Friend Referrals (Discount) or a stated value on a prepaid card for Qualified Business Referrals (Reward). Personal Links are only for individuals.

https://www.moo.com/us/about/referral-terms-conditions

As shown below, the accused instrumentality allows users to book hotel stays using earned

points (e.g., network usage credits).

## Redeeming a Gift Card

- Gift Cards must be redeemed on https://www.moo.com
- Gift Cards cannot be redeemed towards MOO Business Services accounts.
- Gift Cards must be redeemed in the currency chosen by the buyer.
- There is no limit to the amount of Gift Cards that can be assigned to your account.
- A Gift Card code is only tied to a user account when activated either in Your Account or in cart.
- Gift Cards can be redeemed against any MOO product excluding Gift Cards. Gift Cards can also be redeemed against the cost of shipping and Rush Printing.

https://www.moo.com/us/about/gift-cards-terms-conditions?srsltid=AfmBOoqyULOjVrxlN_qNkMNqnKcuYrjvy7vqmGBjXoho_h2EKY3WWPlx



https://support.moo.com/hc/en-us/categories/24519031120916-Branded-Merchandise



https://www.moo.com/us/new/products/ember-cup/slate-black-one-sided-engraving-14oz



https://www.moo.com/us/new/products/ember-cup/slate-black-one-sided-engraving-14oz

# MOO Referral Program Terms and Conditions

By participating in the MOO Referral Program (Program), you confirm your agreement to these terms and conditions (Terms) in full. You may not participate in the Program if you are prohibited to do so by any applicable laws or regulations.

https://www.moo.com/us/about/referral-terms-conditions

# 8. GENERAL TERMS

## 8.1 Entire Agreement

a. All terms, conditions, and definitions from the MOO Website Terms and Conditions and MOO Privacy Policy are incorporated by reference into these Terms as if they were fully set forth here. These Terms, along with the MOO Website Terms and Conditions and MOO Privacy Policy, constitute the entire agreement between you and MOO regarding your use of the Program.

https://www.moo.com/us/about/referral-terms-conditions

### 5. How we use your personal data (including the lawful bases)

We will only use your personal data when the law allows us to. Most commonly, we will use your personal data in the following circumstances:

- Where we need to perform the contract we are about to enter into or have entered into with you. For example, when you purchase our products, that's a contract.
- Where it is necessary for our legitimate interests (or those of a third party) and your interests and fundamental rights do not override those interests. Our legitimate interests include the interest of our business in conducting and managing our business, or communicating with you when the business you represent is registering for a Business Services account.
- Where we need to comply with a legal or regulatory obligation. For example, keeping records of our sales for tax compliance.

https://www.moo.com/us/about/privacy-policy